**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Elmer Edgardo MARTINEZ–LOPEZ,**
**Defendant–Appellant.**

No. 11–40057
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 19, 2011.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Eric Joseph Davis, Davis & Associates, P.L.L.C., Houston, TX, for Defendant–Appellant.

Before KING, HAYNES, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Elmer Edgardo Martinez–Lopez moved for leave to withdraw and filed a supplemental brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir. 2011). Martinez–Lopez has filed a response and moved for appointment of new counsel. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Martinez–Lopez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Martinez–Lopez's motion for appointment of new counsel is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.